

# United States District Court
# Eastern District of California

| Ashwant Singh, et al. |
Plaintiff(s)

V.

| Batteries Plus, L.L.C., et al. |
Defendant(s)

Case Number: 2:24-cv-00223-KJM-DB

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Michael R. Gray** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: **Batteries Plus, L.L.C., Victor Daher and Jason Edward Moss**

On **10/03/1986** (date), I was admitted to practice and presently in good standing in the **Minnesota Supreme Court** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ✔ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/19/2024          Signature of Applicant: /s/ Michael R. Gray

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Michael R. Gray |
| Law Firm Name: | Lathrop GPM LLP |
| Address: | 80 S. Eighth St., 3100 IDS Center |
| City: | Minneapolis   State: MN   Zip: 55402 |
| Phone Number w/Area Code: | (612) 632-3078 |
| City and State of Residence: | Lino Lakes, Minnesota |
| Primary E-mail Address: | michael.gray@lathropgpm.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Cassie Linette Doutt |
| Law Firm Name: | Lathrop GPM LLP |
| Address: | 2049 Century Park East |
| | Suite 3500S |
| City: | Los Angeles   State: CA   Zip: 90067-1623 |
| Phone Number w/Area Code: | (310) 789-4600   Bar #: SBN 338850 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 22, 2024

_____
CHIEF UNITED STATES DISTRICT JUDGE

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

MICHAEL ROBERT GRAY

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 3, 1986

Given under my hand and seal of this court on

January 11, 2024

Emily J. Eschweiler, Director
Office of Lawyer Registration